**Donald L. DIXON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD42000.**

Missouri Court of Appeals,
Western District.

Jan. 16, 1990.

Motion for Rehearing and/or Transfer to Supreme Court Denied Feb. 27, 1990.

Application to Transfer Denied
April 17, 1990.

James R. Hobbs, Linde Thomson Langworthy Kohn & Van Dyke, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for Respondent.

Before BERREY, P.J., and TURNAGE and ULRICH, JJ.

**ORDER**

PER CURIAM.

Appeal after partial remand in *Dixon v. State,* 763 S.W.2d 204 (Mo.App.1988), from denial of post-conviction relief pursuant to Rule 27.26.

Affirmed. Rule 84.16(b).